395 A.2d 987

Keilman et al. v. Ardizone et al., Appellants.

Argued September 14, 1978. William F. Sutton, with him Paul R. Anapol, for appellants; J. Beasley. with him James E. Colleran, for appellees.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.